## PARKER v. VANCE

No. 335P92

Case below: 107 N.C.App. 302

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

## PHILLIPS v. PHILLIPS

No. 362P92

Case below: 107 N.C.App. 489

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

## PROCTOR v. N.C. FARM BUREAU MUTUAL INS. CO.

No. 317A92

Case below: 107 N.C.App. 26

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion denied 11 February 1993. Appeal by defendant of constitutional question dismissed 11 February 1993.

## SAFETY MUT. CASUALTY CORP. v. SPEARS, BARNES

No. 531PA91

Case below: 104 N.C.App. 467
             331 N.C. 118

Motion by plaintiff to be allowed to withdraw petition for discretionary review allowed 4 February 1993.